FILED19 MAY '22 16:37USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00188-MO |
| v. | INDICTMENT |
| JOSE SORIA-SANTANA,<br>aka Gerardo Soria<br>aka Gerardo Soria-Santana | 8 U.S.C. § 1326 |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1
(Illegal Reentry)
(8 U.S.C. § 1326)

On or about March 9, 2022, in the District of Oregon, defendant **JOSE SORIA-SANTANA**, an alien and citizen of Mexico, was found in the United States, having previously been denied admission, excluded, deported, and removed from the United States as an alien on April 25, 2012, defendant having knowingly and unlawfully re-entered, without the express consent of the Attorney General of the United States, or his successor, the Secretary for

///

///

Indictment                                                                                                          Page 1

Homeland Security, to his reapplying for admission to the United States from a place outside the United States;

In violation of Title 8, United States Code, Section 1326(a).

Dated: May 19 2022.

A TRUE BILL.

████████████████

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

*[signature]*

THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney